CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 13 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE DIVISION

| | |
|---|---|
| REBA POWERS, | ) |
| | ) Case No. 2:09CV00052 |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| COMMISSIONER OF SOCIALSECURITY, | ) United States District Judge |
| | ) |
| Defendant. | ) |

No objections having been filed to the magistrate judge's report and recommendation of June 22, 2010, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations (DE 18) are accepted;

3. The motion for attorney fees by the plaintiff (DE 15) is granted in a reduced amount; and

3. Attorney fees in the amount of $1,162.50 under the EAJA shall be paid to the attorney for the plaintiff.

ENTER: July 13, 2010

/s/ James P. Jones
United States District Judge